**Location:** Huntersville, NC  **IP Address:** 71.75.106.128
**Total Works Infringed:** 40  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 20B33EB3D01B31EFEEE8A91A74012511A155D660 | 03/25/2025 20:17:51 | Blacked | 03/19/2025 | 03/25/2025 | PA0002521754 |
| 2 | 15d2895ed7da4d71f161096d2f6157029059a4ad | 03/19/2025 19:32:18 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 3 | 1908BDD6CC4531281E1755D49FECD27A6B7B57AF | 03/19/2025 18:58:18 | Milfy | 02/12/2025 | 02/18/2025 | PA0002516144 |
| 4 | afc5cc7a9af0ae9346adb0ff618c30e79a9ada48 | 03/18/2025 21:00:20 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 5 | 971b5709a1f8a2bdad7484fed2db06834f33e61d | 03/12/2025 20:51:53 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 6 | E3108864E439BAB039D7E986DAA9D01413CF9415 | 03/12/2025 19:38:08 | Blacked | 03/09/2025 | 03/25/2025 | PA0002521745 |
| 7 | 865eb51c90bf18793ced46cad6e9e58131561b36 | 02/21/2025 19:13:58 | Blacked | 02/12/2025 | 02/18/2025 | PA0002516029 |
| 8 | 8E1EE7BA6B03DE98BC3904F8D3BF6F443E5B2A9A | 02/21/2025 19:13:02 | Blacked | 02/17/2025 | 03/25/2025 | PA0002521749 |
| 9 | f3100b3c126fcf866f6ad1ff890bb8ad3eddb044 | 02/12/2025 14:16:25 | Blacked | 01/28/2025 | 02/18/2025 | PA0002516044 |
| 10 | 12E6A362CDC8062639130E2CB42F3D2BF6DFB68C | 02/11/2025 21:34:54 | Blacked | 01/23/2025 | 02/18/2025 | PA0002516125 |
| 11 | 490EA09011B7B30FB004DD7CABE92433D4DCFCD0 | 02/11/2025 21:31:23 | Blacked Raw | 02/10/2025 | 02/18/2025 | PA0002516027 |
| 12 | 492FD64A15B29D4AAE357B13E0212B2B2FC7AAAA | 02/11/2025 21:05:33 | Blacked Raw | 02/05/2025 | 02/18/2025 | PA0002516018 |
| 13 | c7877ecd2db266b958d0d5253f61cbefc2811f72 | 02/11/2025 19:19:14 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 14 | 307C8CF35E5FA67A4A75F9B4ACD9025F7AE88BF7 | 01/14/2025 19:07:40 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 15 | C884F4B8CEDBD4685E5F4ED628A560507973AD66 | 12/30/2024 19:18:29 | Blacked Raw | 10/28/2024 | 11/18/2024 | PA0002501005 |
| 16 | FE34E2F27E95EFA9D0EA870879412810DF778386 | 12/19/2024 07:25:27 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 4E161DCD3B0C439F68280147371BA08686987D0B | 12/19/2024 07:23:57 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |
| 18 | 9D8881628C516150F49A1EA2D00202F245C1A46E | 11/07/2024 08:53:35 | Blacked Raw | 11/04/2024 | 11/18/2024 | PA0002501000 |
| 19 | 7D1795246923B0F912DC5E45FDF6E39D24EFE8ED | 11/07/2024 08:52:29 | Milfy | 10/30/2024 | 11/18/2024 | PA0002500968 |
| 20 | 8B7C521CD656D63EF65068B88994FA717E14F4D7 | 11/07/2024 08:13:55 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 21 | C324B5EC56B9B56380608136E4AFEC1A09A9104C | 11/07/2024 08:12:19 | Milfy | 10/23/2024 | 11/18/2024 | PA0002500970 |
| 22 | 369BF027CF954B9026776332D36B7A7FAB4ABD5E | 10/29/2024 18:44:10 | Blacked | 10/20/2024 | 11/18/2024 | PA0002501002 |
| 23 | 00DB35F27C5E1DCC8A826E29892C3F0352A65D50 | 10/29/2024 17:56:09 | Blacked | 10/25/2024 | 11/18/2024 | PA0002500986 |
| 24 | 8EA76079BEF9B1E7B0EFA5E1312748E1FE9B0E79 | 10/29/2024 17:45:32 | Blacked Raw | 10/21/2024 | 11/18/2024 | PA0002500997 |
| 25 | 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A | 10/16/2024 06:55:27 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 26 | 0C61B5F6E6CF3B85E57748DC5C1969CCB192DADD | 10/16/2024 06:53:26 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 27 | BD6CAEF22986DDA226E24CB6D6D0F8DABAE008B6 | 10/16/2024 06:53:18 | Blacked Raw | 10/14/2024 | 10/16/2024 | PA0002494704 |
| 28 | CB41E5990B3894D520789567EA5749362717EB14 | 10/08/2024 08:25:33 | Blacked Raw | 10/07/2024 | 10/16/2024 | PA0002494689 |
| 29 | ACD43E99F3040FBCAB1388E22B436F03FA9E2FD7 | 10/07/2024 13:24:59 | TushyRaw | 10/01/2024 | 10/16/2024 | PA0002494747 |
| 30 | 42760C789DF05E530C33EE99321EA23F020F1E44 | 10/07/2024 13:24:10 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 31 | 20D49D536912E1265D9389994045CC98A4B5A21D | 09/30/2024 13:22:34 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 32 | 2A6E3D0D5E0CE20277EEC8ED208FED87C570474E | 09/30/2024 12:28:59 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 33 | F1FA322FA67DD15C312E3C2AFB5827F57C04FDC4 | 09/30/2024 12:26:06 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 34 | 2526DB75A05389E5B49A1493160AE0DAEA3C7E0B | 09/24/2024 07:26:52 | Blacked | 09/15/2024 | 10/17/2024 | PA0002494706 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 35 | C8B877E06A47699ED48742688B0A6C089AE55B6C | 09/24/2024 07:00:08 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |
| 36 | 0703E518FCE632FF81FC6E2BD7EBCCA2505D98F7 | 09/24/2024 06:59:49 | Blacked Raw | 09/16/2024 | 10/16/2024 | PA0002494705 |
| 37 | 821591D3B453F814B8CD10994842274B6E4CDBE1 | 09/18/2024 07:53:22 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 38 | C8AC9CD289036F63EEA9F5A9037000D816280234 | 09/12/2024 05:55:38 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 39 | DDBA9320AD3DAC4C8F3B107BC94EE15DBC64F5F5 | 09/11/2024 07:51:21 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 40 | 9D392B54D5FFE92319F3737CC962F7D65B301E64 | 09/11/2024 05:33:15 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |